IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02530-BNB

ALFONSO PACHECO,

    Plaintiff,

v.

RAE TIMME, Warden, Fremont Correctional Facility,
TOM CLEMENT, DOC Executive Director, and
ANTHONY A. DeCESARO, Step 3 Grievance Officer, All in Both Their Individual and
    Official Capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 27 2011

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 27, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02530-BNB

Alfonso Pacheco
Prisoner No. 127359
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215

   I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 27, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
        Deputy Clerk