IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge William J. Martínez**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 1 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02530-WJM-KLM

ALFONSO PACHECO,

     Plaintiff,

v.

RAE TIMME, Warden, Fremont Correctional Facility,
TOM CLEMENT, DOC Executive Director, and
ANTHONY A. DeCESARO, Step 3 Grievance Officer, All in Both Their Individual and
    Official Capacities,

     Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 31st day of October, 2011.

BY THE COURT:

William J. Martínez
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-02530-WJM-KLM

Alfonso Pacheco
Prisoner No. 127359
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215-0999

Rae Timme, Tom Clement, and Anthony DeCesaro- **WAIVER\***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY VIA EMAIL**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY VIA EMAIL**
**COURTESY COPY**

James Quinn, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY VIA EMAIL**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process for Rae Timme, Tom Clement, and Anthony DeCesaro: COMPLAINT FILED 09/28/11, WAIVER\*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on November 1, 2011.

GREGORY C. LANGHAM, CLERK

By: _____

Deputy Clerk