IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02530-RM-KLM

ALFONSO PACHECO,

    Plaintiff,

v.

RAE TIMME, Warden, Fremont Correctional Facility,
TOM CLEMENT, DOC Executive Director, and
ANTHONY A. DECESARO, Step 3 Grievance Officer,
    All in both their individual and official capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend Complaint** [Docket No. 36; Filed May 28, 2013] (the "Motion"). At the time Plaintiff filed this action, Rae Timme was the Warden at Fremont Correctional Facility, and Tom Clements was the Executive Director of the Colorado Department of Corrections. Lou Archuleta is now the Warden at Fremont Correctional Facility, and Roger Werholtz is the Interim Executive Director of the Colorado Department of Corrections. *See Defendants' Motion for Enlargement of Time to Produce Responses to Plaintiff's Discovery Requests* [#39] at 1 nn. 1 & 2. Pursuant to Fed. R. Civ. P. 25(d), these parties are automatically substituted as parties with respect to the official capacity claims. However, Plaintiff may not automatically substitute these Defendants with respect to the individual capacity claims, which attach to the individual person named and not to the office each previously held. *See Nahno-Lopez v. Houser*, 627 F. Supp. 2d 1269, 1284 (W.D. Okla. 2009); *White v. Okla. ex rel. Tulda Cnty. Office of Dist. Attorney*, 250 F. Supp. 2d 1319, 1329 (N.D. Okla. 2002). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#36] is **GRANTED in part**. Accordingly,

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall amend the electronic docket to substitute present Defendant "Rae Timme, Warden, Fremont Correctional Facility" with Defendant "Lou Archuleta, Warden, Fremont Correctional Facility."

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall amend the electronic

docket to substitute present Defendant "Tom Clement, DOC Executive Director" with Defendant "Roger Werholtz, Interim Executive Director of the Colorado Department of Corrections."

Defendant Rae Timme in her individual capacity and Defendant Tom Clements in his individual capacity shall remain as named Defendants in this lawsuit. Plaintiff may, if he so chooses, file a Motion to Dismiss Defendant Rae Timme and Tom Clements in their individual capacities.

IT IS FURTHER **ORDERED** that all future filings in this matter shall have case captions that conform with this amendment.

Dated: July 12, 2013