**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil case no. 11-cv-02530-RM-KLM

ALFONSO PACHECO,

      Plaintiff,

v.

RAE TIMME, in her individual capacity,
LOU ARCHULETA, Warden, Fremont Correctional Facility, in his official capacity,
TOM CLEMENT, in his individual capacity,
ROGER WERHOLTZ, Interim Executive Director of the Colorado Department of Corrections, in his official capacity, and
ANTHONY A. DECESARO, Step 3 Grievance Officer, in his individual and official capacities,

      Defendants.

_____

**ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE**
_____

This matter is before the Court on the November 26, 2013 Recommendation of United States Magistrate Judge Kristen L. Mix (the "Recommendation") (ECF No. 49) that Defendant's Motion for Summary Judgment (ECF No. 46) be granted. In doing so, the Recommendation, if adopted, resolves all remaining claims at issue in this prisoner litigation. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 49 at 10-11.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been filed by either party.

The Court concludes that Judge Mix's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note

("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1)   The Magistrate Judge's Recommendation (ECF No. 49) is ADOPTED in its entirety;

(2)   Defendants' Motion for Summary Judgment (ECF No. 46) is GRANTED; and

(3)   The Clerk is direction to enter judgment in favor of Defendants on all claims.

DATED this 30th day of May, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge