**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02530-RM-KLM

ALFONSO PACHECO,

    Plaintiff,

v.

RAE TIMME, in her individual capacity,
LOU ARCHULETA, Warden, Fremont Correctional Facility, in his official capacity,
TOM CLEMENT, in his individual capacity,
ROGER WERHOLTZ, Interim Executive Director of the Colorado Department of Corrections, in his official capacity, and
ANTHONY A. DECESARO, Step 3 Grievance Officer, in his individual and official capacities,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting Recommendation of Magistrate Judge [Doc. No. 50, filed May 30, 2014] of Judge Raymond P. Moore, it is

    ORDERED that Recommendation of United States Magistrate Judge [Doc. No. 49, filed November 26, 2013] is ADOPTED in its entirety. It is

    FURTHER ORDERED that Defendants' Motion for Summary Judgment [Doc. No. 46, filed September 13, 2013] is GRANTED.  It is

    FURTHER ORDERED that the Clerk is directed to enter judgment in favor of Defendant on all claims.

Dated at Denver, Colorado this 2nd day of June, 2014.

>FOR THE COURT:
>JEFFREY P. COLWELL, CLERK
>
>By: s/ Nicholas Richards
>
>Nicholas Richards
>Deputy Clerk